UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Derrick Polite,

                Plaintiff,

-against-

VIP Community Services,

                Defendant.

1:20-cv-07631 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

Having reviewed Plaintiff's Second Amended Complaint filed at ECF No. 23, it appears to the Court that the document is missing the even-numbered pages. Accordingly, it is hereby Ordered that, no later than May 26, 2021, Plaintiff shall file a complete version of the Second Amended Complaint.

**SO ORDERED.**

DATED:    New York, New York
              May 19, 2021

_____
STEWART D. AARON
United States Magistrate Judge