UNITED STATES DISTRICT COURT
SOUTHER DISTRICT OF NEW YORK

Derrick Polite,

        Plaintiff,

-against-

VIP Community Services,

        Defendant.

1:20-cv-07631 (GBD) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/20/2021

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that Defendant shall move, answer or otherwise respond to the Second Amended Complaint (ECF No. 25) no later than June 11, 2021.

**SO ORDERED.**

DATED:    New York, New York
              May 20, 2021

_____
STEWART D. AARON
United States Magistrate Judge