```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Derrick Polite,

                Plaintiff,

   -against-

VIP Community Services,

                Defendant.

1:20-cv-07631 (GBD) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       The Court is in receipt of Defendant's February 4, 2022 Letter indicating that no party intends to seek an extension of today's deadline for the completion of discovery and that Defendant intends to move for summary judgment. (Letter, ECF No. 40.) Whereas this action has been referred to me for all dispositive motions (*see* Order of Ref., ECF No. 10), it is hereby Ordered that, no later than February 14, 2022, the parties shall file a joint letter setting forth a proposed briefing schedule on Defendant's anticipated motion.

**SO ORDERED.**

DATED:     New York, New York
                February 7, 2022

_____
STEWART D. AARON
United States Magistrate Judge