USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Derrick Polite,

                Plaintiff,

    -against-

VIP Community Services,

                Defendant.

1:20-cv-07631 (GBD) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    Yesterday, Defendant filed its motion for summary judgment and related papers. (ECF Nos. 44 to 50.) However, Defendant appears to have failed to serve upon Plaintiff the "Notice To Pro Se Litigant Who Opposes a Motion For Summary Judgment" (together with the full texts of Fed. R. Civ. P. 56 and Local Civil Rule 56.1), as required by Local Civil Rule 56.2. Defendant shall serve upon Plaintiff (and file to the ECF docket) the documents required by Local Civil Rule 56.2 as soon as possible, but no later than Monday, April 4, 2022.

    Plaintiff is reminded that the NYLAG Legal Clinic for Pro Se Litigants in the Southern District of New York is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in the Southern District of New York. An unrepresented party can make an appointment with NYLAG by following the directions at https://www.nysd.uscourts.gov/attorney/legal-assistance or by calling 212-659-6190.

**SO ORDERED.**

Dated: New York, New York
April 1, 2022

_____
STEWART D. AARON
United States Magistrate Judge

2