UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DERRICK POLITE,

                Plaintiff,                20 **CIVIL** 7631 (GBD)(SDA)

    -against-                **JUDGMENT**

VIP COMMUNITY SERVICES,

                Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated October 17, 2022, Magistrate Judge Aaron's Report is ADOPTED in full. Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
        October 17, 2022

                **RUBY J. KRAJICK**

                _____
                **Clerk of Court**
    **BY:**    *K. Mango*
                _____
                **Deputy Clerk**